# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Terrence T. Williams,　　　　　　　　　　　Civ. No. 20-439 (NEB/BRT)

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　**ORDER**

Brian Howard; Dave Adams; Macey Tezmer; Durand Ackman; Mark Anderson; Travis Pries; and Madyson Erdelac,

　　　　　Defendants.

**IT IS HEREBY ORDERED THAT:**

1. The application to proceed *in forma pauperis* of Plaintiff Terrence T. Williams **(Doc. No. 2)** is **GRANTED**.

2. Williams is directed to submit a one-page addendum to his Complaint within 20 days of this order specifying whether he is suing the defendants in their personal capacities; their official capacities as agents of Olmsted County, Minnesota; or both. Absent clarification, this Court must interpret Williams's complaint as raising only official-capacity claims, which may in turn affect the relief available to Williams in this proceeding. *See Egerdahl v. Hibbing Comm. Coll.*, 72 F.3d 615, 619 (8th Cir. 1995).

3. Williams must pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the

Clerk of Court shall provide notice of this requirement to the authorities at the institution where Williams is confined. Williams is found to have no assets and no means by which to pay an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(4).

Date: February 6, 2020                              *s/ Becky R. Thorson*
                                                                                                                 BECKY R. THORSON
                                                                                                                  United States Magistrate Judge