UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TERRENCE T. WILLIAMS, | Case No. 20-CV-439 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| BRIAN HOWARD, DAVE ADAMS, MACEY TEZMER, DURAND ACKMAN, MARK ANDERSON, TRAVIS PRIES, MADYSON ERDELAC, JOHN MANCILMAN, SAM REPS, KATLIN BAIN, RANDI UNKNOWN, MELISSA UNKNOWN, MARTHA UNKNOWN, JENN UNKNOWN, ASHLEY UNKNOWN, AMANDA UNKNOWN, JAMIE UNKNOWN, JENN UNKNOWN, BROOK HEIM, and LIND PANTZKI,[1] | |
| Defendants. | |

The Court has received the January 19, 2021 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 49.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

---

[1] While identified as "Lind Pantzki" in the caption of amended complaint, (ECF No. 8 at 1), the Court understands Plaintiff to refer to Defendant Linda Pantzki. (*E.g., id.* at 9; ECF No. 41 at 2.)

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 49) is ACCEPTED;

2. Defendant Linda Pantzki's Motion to Dismiss (ECF No. 26) is GRANTED.

Dated: February 8, 2021                    BY THE COURT:

                                                              s/Nancy E. Brasel
                                                              Nancy E. Brasel
                                                              United States District Judge